**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | NS FOA LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | d/b/a Florida Shrimp Company<br>d/b/a Pristine Water Aquaculture |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-3486134 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15369 County Road 512 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Fellsmere         FL      32948 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Indian River County | |
| County | Number    Street |
| | |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.flshrimp.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor  NS FOA LLC
_____  Case number *(if known)*_____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

0273

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____

MM / DD / YYYY

District _____  When _____  Case number _____

MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known _____

| Debtor | NS FOA LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  Mosquito control

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  15369 County Road 512

| Number | Street |
|---|---|

Fellsmere _____  32948
City _____ State _____ ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  Signature Insurance Vero Beach - Insurer is Scottsdale Insurance Co.

Contact name  Stacey Bihl

Phone  772-778-9970

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | NS FOA LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/14/2023
              MM  / DD / YYYY

✖ /s/ Congwei "Allan" Xu                    Congwei "Allan" Xu
Signature of authorized representative of debtor    Printed name

Title  Managing member

**18. Signature of attorney**

✖ /s/ Aaron A. Wernick          Date  02/14/2023
Signature of attorney for debtor           MM  / DD / YYYY

Aaron A. Wernick
Printed name
Wernick Law, PLLC
Firm name
2255 Glades Road Suite 324A
Number        Street
Boca Raton                    FL        33431
City                          State     ZIP Code

561-961-0922                  awernick@wernicklaw.com
Contact phone                 Email address

14059                         FL
Bar number                    State

**Fill in this information to identify the case:**

Debtor name _____NS FOA LLC_____

United States Bankruptcy Court for the: _____Southern District of Florida_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................   $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ........................................   $ ___1,180,942.52

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ........................................   $ ___1,180,942.52

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................   $ ___240,414.32

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................   $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............   **+** $ ___691,435.69

4. **Total liabilities** ...................................................................................   $ ___931,850.01
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___NS FOA LLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Helen Ming c/o Michael Tessitore, Esq. 111 N Orange Ave Ste 900 Orlando, FL, 32801-2307 | | Alleged counterclaim | Disputed Unliquidated | | | 673,000.00 |
| 2 | PNC Bank PO Box 3429 Pittsburgh, PA, 15230-3429 | | Credit Card Debt | | | | 11,846.12 |
| 3 | Bank of America PO Box 660441 Dallas, TX, 75266-0441 | | Credit Card Debt | | | | 5,995.89 |
| 4 | PNC Bank PO Box 3429 Pittsburgh, PA, 15230-3429 | | Credit Card Debt | | | | 593.68 |
| 5 | Ocean Sparkle LLC c/o Yanping Ming 2900 S Harbor City Blvd Melbourne, FL, 32901 | | Alleged counterclaim | Disputed Unliquidated | | | 0.00 |
| 6 | Fellsmere Joint Venture LLC c/o Richard M. Carnell, Jr., Esq. 1900 Old Dixie Highway Fort Pierce, FL, 34946 | | Alleged breach of contract | Disputed Unliquidated | | | 0.00 |
| 7 | City of Fellsmere Clerk of Code Enforcement 21 S. Cypress St. Fellsmere, FL, 32948-1701 | | Other | | | | 0.00 |
| 8 | State of Florida Dept. of Agriculture and Consumer Services Division of Aquaculture 600 S. Calhoun St., Ste 217 Tallahassee, FL, 32399 | | Other | | | | 0.00 |

Debtor    NS FOA LLC
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Indian River Mosquito Control District 5655 41st St Vero Beach, FL, 32967 | | Other | | | | 0.00 |
| 10 | FL Dept of EPA Southeast District Office 3301 Gun Club Rd, MSC 7210-1 West Palm Beach, FL, 33406 | | Other | | | | 0.00 |
| 11 | Florida Department of Revenue 5050 West Tennessee Street Tallahassee, FL, 32399 | | Taxes & Other Government Units | | | | 0.00 |
| 12 | Indian River County Tax Collector c/o Carole Jean Jordan, Tax Collector PO Box 1509 Vero Beach, FL, 32961-1509 | | Taxes & Other Government Units | | | | 0.00 |
| 13 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  NS FOA LLC

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America [acct ending 7311] | Checking | 7  3  1  1 | $ 31,101.19 |
| 3.2. | PNC Bank [acct ending 5387] | Checking | 5  3  8  7 | $ 150,609.33 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**                                                                               $ 181,710.52

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:     Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor    NS FOA LLC
_____        Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____        $_____

   8.2._____        $_____

**9. Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.        $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

   11a. 90 days old or less:    30,000.00    –    0.00    = ........➔    $ 30,000.00
                    face amount        doubtful or uncollectible accounts

   11b. Over 90 days old:    20,000.00    –    0.00    = ........➔    $ 20,000.00
                    face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 50,000.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____        _____        $_____

   14.2._____        _____        $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                        % of ownership:

   15.1._____    _____%        _____        $_____

   15.2._____    _____%        _____        $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____        _____        $_____

   16.2._____        _____        $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.        $_____

---

Debtor __NS FOA LLC_____  Case number (if known)_____
        Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $_____

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☐ No. Go to Part 7.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>See Schedule A/B Part 6, Question 30 Attachment | $_____ | Fair Market Value | $ 55,650.00 |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>Live shrimp (80,000 pounds) | $_____ | $10 per lb | $ 800,000.00 |

Debtor      NS FOA LLC
            Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 855,650.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>2 Office desks with chairs, 2 filing cabinets | $_____ | Fair Market Value | $ 100.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>2 Desktop computers, 2 printers (all-in-one) | $_____ | Fair Market Value | $ 200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 300.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    NS FOA LLC
_____
Name

Case number (*if known*)_____

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2015 Nissan NV Cargo 3500 HD S | $_____ | Fair Market Value | $ 25,997.00 |
| 47.2  2019 Ford Transit 350 HD Van | $_____ | Fair Market Value | $ 29,689.00 |
| 47.3  2019 Chevrolet G3500 Refg Trk | $_____ | Fair Market Value | $ 37,596.00 |
| 47.4  _____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  _____ | $_____ | _____ | $_____ |
| 48.2  _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1  _____ | $_____ | _____ | $_____ |
| 49.2  _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 93,282.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Debtor leases business premises located at 15369 County Road 512, Fellsmere, FL 32948 and leased property as described in Schedule G | | $ 0.00 | _____ | $ 0.00 |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.
   
   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>Website domain: www.flshrimp.com | $ _____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.
   
   $ 0.00

| Debtor | NS FOA LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet                       $ Unknown

**Nature of claim**        _____

**Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

**Nature of claim**        _____

**Amount requested**      $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    NS FOA LLC
_____
Name

Case number (if known)_____

---

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 181,710.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 855,650.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 93,282.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 1,180,942.52 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................  1,180,942.52    $ 1,180,942.52

Debtor 1    NS FOA LLC

First Name    Middle Name    Last Name

Case number (if known)_____

## Continuation Sheet for Official Form 206 A/B

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| State court litigation against Yanping Ming aka Helen Ming | Fraud, negligence, breach of duties, tortious interference, damages, declaratory judgment | 0.00 | Unknown |
| Claim for over $150,000 against Fellsmere JV | Breach of contract and refusing to release escrowed funds to reimburse debtor for nonmonetary default remediations. | 0.00 | Unknown |

Schedule A/B Part 8, Question 50 Attachment

| Property Description | Acquired | FMV |
|---|---|---|
| 5-shelf unit | 2015 | 50.00 |
| Air Conditioner | 2013 | 50.00 |
| Air Conditioner | 2019 | 50.00 |
| Chemical containers | 2014 | 50.00 |
| Chest freezer | 2015 | 100.00 |
| Compressor | 2015 | 10,000.00 |
| Conveyors | 2013 | - |
| Crates 50 pcs | 2019 | - |
| Filing Cabinets | 2014 | 50.00 |
| Freezer trailer | 2020 | 3,000.00 |
| Freezer trailer | 2020 | 3,000.00 |
| Freezer trailer | 2021 | 3,000.00 |
| Generator | 2020 | 5,000.00 |
| Generators Whisperwatt | 2014 | 5,000.00 |
| Heat gun | 2020 | - |
| Incubator | 2014 | - |
| Incubator | 2014 | - |
| Microscope | 2014 | 200.00 |
| Miscellaneous supplies | 2021 | - |
| Motors (70) | 2021 | - |
| Oven Lab Room | 2014 | - |
| Powerstroke | 2015 | - |
| Pressure cleaner | 2020 | - |
| Pressure cleaner | 2020 | - |
| Refrigerator & Cooktop | 2013 | 100.00 |
| Shelter | 2019 | - |
| Sort rite | 2015 | 20,000.00 |
| Toro Mower | 2020 | 1,000.00 |
| Uline 5 Step Trailer | 2013 | - |
| Uline Pallet Jack | 2013 | - |
| Wacker Plate Compactor | 2013 | - |
| Wagons (2) | 2019 | - |
| Whisperwall Diesel Generator | 2013 | 5,000.00 |
| | | 55,650.00 |

**Fill in this information to identify the case:**

Debtor name __NS FOA LLC__

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial | 2015 Nissan NV Cargo 3500 HD S | $ 28,807.83 | $ 25,997.00 |

Creditor's mailing address
P.O. Box 380902
Bloomington, MN 55438-0902

Creditor's email address, if known
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred __12/04/2021__

Last 4 digits of account number __4880__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ford Credit | 2019 Ford Transit 350 HD Van | $29,008.71 | $29,689.00 |

Creditor's mailing address
P.O. Box 542000
Omaha, NE 68154

Creditor's email address, if known
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred __04/02/2020__

Last 4 digits of account number __6803__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 240,414.32

Debtor __NS FOA LLC__ Case number (if known)_____
        Name

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3 Creditor's name**
Mitsubishi HC America Corp.
_____

**Creditor's mailing address**

800 Connecticut Avenue 4N
Norwalk, CT 06854
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 07/21/2021
**Last 4 digits of account number** 0001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet G3500 Refg Trk

$32,597.78    $37,596.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 Creditor's name**
U.S. Small Business Administration
_____

**Creditor's mailing address**

2 North Street, Suite 320
Birmingham, AL 35203
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 06/15/2020
**Last 4 digits of account number** 7902

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets of the Debtor

$150,000.00    $ 0.00

**Describe the lien**
Economic Injury Disaster Loan,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | NS FOA LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Office of Inspector General SBA<br>409 3rd St., SW<br>Suite 7150<br>Washington, DC, 20416-0005 | Line 2. _4_ | _____ |
| SBA - Region IV<br>233 Peachtree Street NE<br>Suite 1800<br>Atlanta, GA, 30303-1508 | Line 2. _4_ | _____ |
| SBA Office of General Counsel<br>409 3rd St., SW<br>Washington, DC, 20416-0005 | Line 2. _4_ | _____ |
| SBA South Florida District<br>51 SW 1st Ave #201<br>Miami, FL, 33130-1608 | Line 2. _4_ | _____ |
| Small Bus. Administration<br>U.S. Department Treasury Bureau of Fiscal Service<br>P.O. Box 830794<br>Birmingham, AL, 35283-0794 | Line 2. _4_ | _____ |
| U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing<br>Center 2120 Riverfront Drive, Suite 100<br>Little Rock, AR, 72202 | Line 2. _4_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor        NS FOA LLC

United States Bankruptcy Court for the:   Southern District of Florida

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
City of Fellsmere
Clerk of Code Enforcement
21 S. Cypress St.
Fellsmere, FL, 32948-1701

As of the petition filing date, the claim is:   $ 0.00        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** _____

Basis for the claim:
Notice purposes only

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
FL Dept of EPA
Southeast District Office
3301 Gun Club Rd, MSC 7210-1
West Palm Beach, FL, 33406

As of the petition filing date, the claim is:   $ 0.00        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** _____

Basis for the claim:
Notice purposes only

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL, 32399

As of the petition filing date, the claim is:   $ 0.00        $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Notice purposes only

**Last 4 digits of account
number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (8 )

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

Indian River County Tax Collector
c/o Carole Jean Jordan, Tax Collector
PO Box 1509
Vero Beach, FL, 32961-1509

$ 0.00     $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Notice purposes only

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5 Priority creditor's name and mailing address**

Indian River Mosquito Control District
5655 41st St
Vero Beach, FL, 32967

$ 0.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Notice purposes only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.6 Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

$ 0.00     $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Notice purposes only

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.7 Priority creditor's name and mailing address**

State of Florida Dept. of Agriculture and
Consumer Services
Division of Aquaculture
600 S. Calhoun St., Ste 217
Tallahassee, FL, 32399

$ 0.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Notice purposes only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Bank of America
PO Box 660441
Dallas, TX, 75266-0441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 5,995.89

Date or dates debt was incurred  _____

Last 4 digits of account number  __2179__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Fellsmere Joint Venture LLC
c/o Richard M. Carnell, Jr., Esq.
1900 Old Dixie Highway
Fort Pierce, FL, 34946

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Alleged breach of contract

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Helen Ming c/o Michael Tessitore, Esq.
111 N Orange Ave
Ste 900
Orlando, FL, 32801-2307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Alleged counterclaim

$ 673,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Ocean Sparkle LLC c/o Yanping Ming
2900 S Harbor City Blvd
Melbourne, FL, 32901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Alleged counterclaim

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
PNC Bank
PO Box 3429
Pittsburgh, PA, 15230-3429

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 593.68

Date or dates debt was incurred  _____

Last 4 digits of account number  __4414__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
PNC Bank
PO Box 3429
Pittsburgh, PA, 15230-3429

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 11,846.12

Date or dates debt was incurred  _____

Last 4 digits of account number  __3520__

Is the claim subject to offset?
☑ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Bank of America<br>P.O. Box 15019<br>Wilmington, DE, 19886-5019 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Business Card<br>P.O. Box 15796<br>Wilmington, DE, 19886-5796 | Line 3.1<br>☐ Not listed. Explain. | _____ |
| 4.3. | Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601D Street, NW<br>Washington, DC, 20530 | Line 2.6<br>☐ Not listed. Explain | _____ |
| 4.4. | PNC Bank<br>Attn: Bankruptcy Dept.<br>PO Box 489909<br>Charlotte, NC, 28269-5329 | Line 3.5<br>☐ Not listed. Explain. | _____ |
| 41. | PNC Bank<br>Attn: Bankruptcy Dept.<br>PO Box 489909<br>Charlotte, NC, 28269-5329 | Line 3.6<br>☐ Not listed. Explain. | _____ |
| 4.5. | State of Florida, Dept. of Revenue<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL, 32314-6668 | Line 2.3<br>☐ Not listed. Explain. | _____ |
| 4.6. | Sun AG LLC<br>1900 Old Dixie Highway<br><br>Fort Pierce, FL, 34946 | Line 3.2<br>☐ Not listed. Explain. | _____ |
| 4.7. | U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br><br>Washington, DC, 20530-0001 | Line 2.6<br>☐ Not listed. Explain. | _____ |
| 4.8. | U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>555 Fourth Street, N.W.<br>Washington, DC, 20530 | Line 2.6<br>☐ Not listed. Explain. | _____ |
| 4.9. | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC, 20530-0001 | Line 2.6<br>☐ Not listed. Explain. | _____ |
| 4.10. | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Suite 900<br>Atlanta, GA, 30326-1382 | Line 2.6<br>☐ Not listed. Explain. | _____ |
| 4.11. | US Attorney Office<br>Attn: Civil Process Clerk<br>500 S. Australian Ave. Ste. 400<br>West Palm Beach, FL, 33401 | Line 2.6<br>☐ Not listed. Explain. | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 691,435.69 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 691,435.69 |

**Fill in this information to identify the case:**

Debtor name **NS FOA LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (If known): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of 10-acre parcel [identified as tract 2417] paid in equal quarterly installments. Lessee | Fellsmere Joint Venture LLC c/o Richard M. Carnell, Jr., Esq. 1900 Old Dixie Highway Fort Pierce, FL, 34946 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of +/- 90.28-acres of multiple tracts [identified as tracts: 2418, 2419, 2420, 2421, 2422, 2423, 2470, 2471, 2472, 2473] paid in | Fellsmere Joint Venture LLC c/o Richard M. Carnell, Jr., Esq. 1900 Old Dixie Highway Fort Pierce, FL, 34946 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Sublease of a portion of business premises. Lessor | Benchmark Genetics Fellsmere, US 15369 County Road 512 Fellsmere, FL, 32948 |
| | State the term remaining | 10 years | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Agricultural Packinghouse with lease amount paid in equal quarterly installments. Lessee | Fellsmere Joint Venture LLC c/o Richard M. Carnell, Jr., Esq. 1900 Old Dixie Highway Fort Pierce, FL, 34946 |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  NS FOA LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Congwei "Allan" Xu | Congwei "Allan" Xu<br>125 Sagecrest Cir<br>Melbourne, FL 32904 | Mitsubishi HC America Corp. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 <br>Congwei "Allan" Xu | Congwei "Allan" Xu<br>125 Sagecrest Cir<br>Melbourne, FL 32904 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 <br>Congwei "Allan" Xu | Congwei "Allan" Xu<br>125 Sagecrest Cir<br>Melbourne, FL 32904 | PNC Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 <br>Congwei "Allan" Xu | Congwei "Allan" Xu<br>125 Sagecrest Cir<br>Melbourne, FL 32904 | PNC Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____NS FOA LLC_____

United States Bankruptcy Court for the: ___Southern District of Florida____

Case number (*If known*):    _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __02/14/2023__          ✖ /s/ Congwei "Allan" Xu
                MM / DD / YYYY           _____
                                         Signature of individual signing on behalf of debtor

                                         Congwei "Allan" Xu
                                         _____
                                         Printed name

                                         Managing member
                                         _____
                                         Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    NS FOA LLC

United States Bankruptcy Court for the:  Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to  Filing date | ☑ Operating a business<br>☐ Other | $ 234,920.50 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,264,446.69 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,880,615.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to  Filing date | | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | | _____ | $ _____ |

| Debtor | NS FOA LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Bank of America<br>Creditor's name<br>PO Box 660441<br>Dallas, TX 75266-0441 | 12/27/2022<br>12/01/2022<br>11/28/2022 | $ 21,087.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Credit Card Debt |
| 3.2. | PNC Bank<br>Creditor's name<br>PO Box 3429<br>Pittsburgh, PA 15230-3429 | 11/27/2022<br>11/14/2022 | $ 29,516.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Credit Card Debt |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Rong Zou<br>Insider's name<br>125 Sagecrest Cir<br>Melbourne, FL 32904 | | $ 5,416.67 | Bi-weekly salary of $2,500 |
| | Relationship to debtor<br>Packinghouse manager, spouse of managing | | | |
| 4.2. | Insider's name | | $ | |
| | Relationship to debtor | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    NS FOA LLC
_____
Name

Case number (if known)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. NS FOA LLC and Congwei Xu v. Yanping Ming a/k/a Helen Ming | Motion for Temporary Injunction | Circuit Court of the Nineteenth Judicial Circuit In and For Indian River County, Florida | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 31-2019-CA-000008 | | 2000 16th Ave. Vero Beach, FL 32960 | |
| 7.2. Fellsmere Joint Venture LLC v. NS FOA, LLC d/b/a Florida Shrimp Company | | Circuit Court of the Nineteenth Judicial Circuit In and For Indian River County, Florida | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 31-2022-CA-0000733 | Eviction, Temporary and Permar | 2000 16th Ave. Vero Beach, FL 32960 | |

---

| Debtor | NS FOA LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor ___NS FOA LLC_____    Case number *(if known)*_____
      Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wernick Law, PLLC | | 02/01/2023 | $ 35,000.00 |
|  | **Address** | | | |
|  | 2255 Glades Road, Suite 324A<br>Boca Raton, FL 33431 | | | |
|  | **Email or website address**<br>www.wernicklaw.com | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
|  | **Address** | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | | | | $ |
|  | **Trustee** | | | |

Debtor    NS FOA LLC
_____
Name                                                                          Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| Relationship to debtor _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| Relationship to debtor _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____   To _____ |
| 14.2. | From _____   To _____ |

Debtor    NS FOA LLC                                 Case number *(if known)*_____

Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

**Part 9:**    **Personally Identifiable Information**

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

      Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

Debtor    NS FOA LLC         Case number *(if known)*_____
_____
Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

Debtor    NS FOA LLC
_____    Case number (if known)_____
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See Attached SOFA Part 12, Questic<br>Name | _____<br>Name | | _____ |

Debtor    NS FOA LLC
_____    Case number *(if known)*_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |

---

Debtor    NS FOA LLC
<br>_____
<br>Name

Case number *(if known)*_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Helen Yin<br>_____<br>Name<br>777 Scudders Mill Rd, Bldg A, Suite 101, Plainsboro, NJ 08536 | From 01/01/2019<br>To 02/14/2023 |
| 26a.2.   _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   _____<br>Name | From _____<br>To _____ |
| 26b.2.   _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Helen Yin<br>_____<br>Name<br>777 Scudders Mill Rd, Bldg A, Suite 101, Plainsboro, NJ 08536 | |

---

Debtor    NS FOA LLC
_____          Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Congwei "Allan" Xu | |
| Name | |
| 125 Sagecrest Cir, Melbourne, FL 32904 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |

| Name and address |
|---|
| 26d.2. _____ |
| Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Congwei "Allan" Xu | 02/01/2023 | $ 800,000.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Congwei "Allan" Xu |
| Name |
| 125 Sagecrest Dr |
| Melbourne, FL 32904 |

Debtor    NS FOA LLC
_____    Case number *(if known)*_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____<br>Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Congwei Xu | 125 Sagecrest Cir Apt 108, Melbourne, FL 32904 | Managing member | 64.4 |
| Yanping Ming | 46 Ketley Pl, Princeton, NJ 08541 | Member | 35.6 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor    NS FOA LLC
_____     Case number (if known)_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/14/2023
              MM  / DD  / YYYY

✖ /s/ Congwei "Allan" Xu
_____     Printed name   Congwei "Allan" Xu
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing member


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

Debtor Name      NS FOA LLC

Case number *(if known)*

### Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

**Fellsmere Joint Venture,**          $40,636.86                    Other
**c/o Richard M. Carnell,**
**Jr., Esq. 1900 Old Dixie**
**Highway, Fort Pierce, FL**
**34946**

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

SOFA Part 12, Question 23 Attachment

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Florida Shrimp Company, 15369 County Road 512, Fellsmere, FL 32948 | Indian River Mosquito Control District, 5655 41st Street, Vero Beach, FL 32967 | | 6/22/2020 |
| Florida Shrimp Company, 15369 County Road 512, Fellsmere, FL 32948 | State of Florida, Department of Agriculture and Consumer Services, | F.S. 597.004, 597.0041, and 570.971 F.A.C. Rule 5L-3.004 | 3/15/2022 |
| Florida Shrimp Company, 15369 County Road 512, Fellsmere, FL 32948 | Florida Department of Environmental Protection, Southeast District Office, 3301 Gun Club Road, MSC 7210-1, West Palm Beach, FL 33406 | F.S. 403 and 373 F.A.C. 62-343 | 5/27/2022 |
| Florida Shrimp Company, 15369 County Road 512, Fellsmere, FL 32948 | City of Fellsmere, Florida, Clerk of Code Enforcement, 21 South Cypress Street, Fellsmere, Florida 32948-6714 | Fellsmere Land Dev. Code, Sec 17-21.A.1 Fellsmere Code of Ordinances: 30-58(7, 8, 13, 20, and 22) | 7/22/2022 |
| Florida Shrimp Company, 15369 County Road 512, Fellsmere, FL 32948 | Florida Department of Health, Office of the State Surgeon General, 4052 Bald Cypress Way, Bin A-00, Tallahassee, FL 32399-1701 | F.S. 386.041(1)(e) | 8/18/2022 |

*All notices above relate to alleged violations with regard to saltwater discharge and mosquito control.

Ally Financial
P.O. Box 380902
Bloomington, MN 55438-0902


Bank of America
PO Box 660441
Dallas, TX 75266-0441


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Benchmark Genetics Fellsmere, US
15369 County Road 512
Fellsmere, FL 32948


Business Card
P.O. Box 15796
Wilmington, DE 19886-5796


City of Fellsmere
Clerk of Code Enforcement
21 S. Cypress St.
Fellsmere, FL 32948-1701


Civil Process Clerk
U.S. Attorney's Office for D.C.
601D Street, NW
Washington, DC 20530


Congwei "Allan" Xu
125 Sagecrest Cir
Melbourne, FL 32904


Fellsmere Joint Venture LLC
c/o Richard M. Carnell, Jr., Esq.
1900 Old Dixie Highway
Fort Pierce, FL 34946


FL Dept of EPA
Southeast District Office
3301 Gun Club Rd, MSC 7210-1
West Palm Beach, FL 33406


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Ford Credit
P.O. Box 542000
Omaha, NE 68154

**Helen Ming c/o Michael Tessitore, Esq.**
**111 N Orange Ave**
**Ste 900**
**Orlando, FL 32801-2307**


**Indian River County Tax Collector**
**c/o Carole Jean Jordan, Tax Collector**
**PO Box 1509**
**Vero Beach, FL 32961-1509**


**Indian River Mosquito Control District**
**5655 41st St**
**Vero Beach, FL 32967**


**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Mitsubishi HC America Corp.**
**800 Connecticut Avenue 4N**
**Norwalk, CT 06854**


**Murphy & Walker, P.L.**
**2001 U.S. Highway 1**
**Vero Beach, FL 32960**


**Ocean Sparkle LLC c/o Yanping Ming**
**2900 S Harbor City Blvd**
**Melbourne, FL 32901**


**Office of Inspector General SBA**
**409 3rd St., SW**
**Suite 7150**
**Washington, DC 20416-0005**


**PNC Bank**
**PO Box 3429**
**Pittsburgh, PA 15230-3429**


**PNC Bank**
**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**


**SBA - Region IV**
**233 Peachtree Street NE**
**Suite 1800**
**Atlanta, GA 30303-1508**


**SBA Office of General Counsel**
**409 3rd St., SW**
**Washington, DC 20416-0005**

SBA South Florida District
51 SW 1st Ave #201
Miami, FL 33130-1608


Small Bus. Administration
U.S. Department Treasury Bureau of Fisca
P.O. Box 830794
Birmingham, AL 35283-0794


State of Florida Dept. of Agriculture and Con
Division of Aquaculture
600 S. Calhoun St., Ste 217
Tallahassee, FL 32399


State of Florida, Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


Sun AG LLC
1900 Old Dixie Highway
Fort Pierce, FL 34946


U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Attn: Civil Process Clerk
555 Fourth Street, N.W.
Washington, DC 20530


U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road NE, Suite 900
Atlanta, GA 30326-1382


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

US Attorney Office
Attn: Civil Process Clerk
500 S. Australian Ave. Ste. 400
West Palm Beach, FL 33401


Yanping Ming
46 Ketley Pl
Princton, NJ 08541

United States Bankruptcy Court

Southern District of Florida

In re:   NS FOA LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   _____02/14/2023_____

/s/ Congwei "Allan" Xu
_____
Signature of Individual signing on behalf of debtor

Managing member
_____
Position or relationship to debtor