## United States Bankruptcy Court

IN RE:                                                                                       Case No. 23-11183

NS FOA LLC

_____                 Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Congwei Xu<br>125 Sagecrest Cir Apt 108, Melbourne, FL 32904 | 64.4 | Managing member |
| Yanping Ming<br>46 Ketley Pl, Princeton, NJ 08541 | 35.6 | |